IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

v.

MIKHAIL STRUTSOVSKIY,

   Defendant.

09 CR 072-S

~~08-CR-~~

## INFORMATION

(Title 18, United States Code, Sections 1035(a)(2) and 2)

### COUNT 1

The United States Attorney Charges that:

Beginning in January 2003, and continuing to September 2004, the exact dates being unknown, in the Western District of New York, the defendant, MIKHAIL STRUTSOVSKIY, in a matter involving a health care benefit program as defined in Title 18, United States Code, Section 24(b), did knowingly and willfully make materially false and fraudulent statements and representations in connection with the delivery of, and payment for, health care services, in that the defendant caused HCFA 1500 claim forms for reimbursement for medical treatment to be submitted to Medicare on which he falsely certified that he had personally rendered treatments to Medicare beneficiaries when, in truth and in fact, as he then knew, he had not personally rendered the claimed services to the Medicare beneficiaries.

All in violation of Title 18, United States Code, Sections 1035(a)(2) and 2.

DATED: Buffalo, New York, March 2, 2009.

KATHLEEN M. MEHLTRETTER
Acting United States Attorney

BY: _____
JOHN E. ROGOWSKI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, Ext. 873
John.E.Rogowski@usdoj.gov