IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

MIKHAIL STRUTSOVSKIY,

           Defendant.

09-CR-72-S

_____

## STATEMENT OF THE GOVERNMENT WITH RESPECT
## TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Presentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record, if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by Title 18, United States Code, Section 3013 to pay the sum of $100 at the time of sentencing. The government will request that certain conditions be imposed upon a sentence of probation, if applicable, until such time as the defendant pays the special assessment to the Clerk of the Court.

Restitution in the amount of $131,138 must be ordered by the Court.

DATED:     Buffalo, New York, July 6, 2009.


                              Respectfully submitted,

                              KATHLEEN M. MEHLTRETTER
                              Acting United States Attorney

                   BY:
                              s/JOHN E. ROGOWSKI
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York  14202
                              (716)843-5700, ext. 873
                              john.e.rogowski@usdoj.gov


TO:  Patrick J. Brown, Esq.
     181 Franklin Street
     Buffalo, New York   14202

     United States Probation Department
     Attn:  Susan C. Vujakovich
            U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____
                                    :
UNITED STATES OF AMERICA
                                    :

        v.                          :

                                    :

MIKHAIL STRUTSOVSKIY,
                                    :
                    Defendant                    09-CR-72-S
                                    :
_____


**CERTIFICATE OF SERVICE**


        I hereby certify that on July 6 , 2009, I electronically filed
the **Statement of the Government With Respect to Sentencing Factors**
with the Clerk of the District Court by using its CM/ECF system,
which would then electronically notify the following CM/ECF
participants on this case:


    1.    Patrick J. Brown, Esq.

    2.    Susan C. Vujakovich
          U.S. Probation Officer




                        s/SUZANNE V. BUFFAMANTI