<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

                            Docket No.1:09CR00072

vs.

MIKHAIL STRUTSOVSKIY

                Defendant
_____

## **<u>STATEMENT OF DEFENDANT WITH RESPECT<br>TO SENTENCING FACTORS</u>**

      PLEASE TAKE NOTICE that the Defendant hereby adopts all the findings of the pre-sentence report with respect to sentencing factors in this action.

DATED:  Buffalo, New York,
        July 16, 2009

                                                S/ Patrick J. Brown
                                                _____
                                                Patrick J. Brown, Esq.
                                                LoTempio & Brown, P.C.
                                                Attorneys for Defendant
                                                181 Franklin Street
                                                Buffalo, New York    14202


        John E. Rogowski, Esq.
        Assistant U.S. Attorney
        138 Delaware Avenue
        Buffalo, New York  14202

        Susan Vujakovich
        United States Probation Service
        68 Court Street, Room 404
        Buffalo, New York  14202

```
United States District Court
Western District of New York
```

| | |
|---|---|
| United States of America | Docket 1:07CR00072 |
| v. | |
| Mikhail Strutsovskiy | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 16, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

       1. John E. Rogowski, Esq.

       2.

       3.

       And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

       1. Susan Vujakovich

       2.

       3.

                                    S/ Jean M. Aleksandrowicz