UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

       Plaintiff,

    -v-

Mikhail Strutsovskiy,

       Defendant.             1:09CR00072-001

---

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition imposed against the defendant on July 29, 2009, and entered on July 31, 2009.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, October 28, 2011.

                        WILLIAM J. HOCHUL, JR.
                        United States Attorney

         BY:  s/KEVIN D. ROBINSON
              Assistant United States Attorney
              United States Attorney's Office
              Western District of New York
              138 Delaware Avenue
              Buffalo, New York  14202
              (716)843-5700, ext. 804
              Kevin.D.Robinson@usdoj.gov